IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JERRID MORRIS,<br><br>　　　　　　Defendant. | 8:13-CR-102<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 43). The indictment in this case (filing 1) charged the defendant with a violation of 18 U.S.C. § 922(g)(1). The indictment also contained a forfeiture allegation seeking the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, of one Hi Point, model C9, 9mm pistol, serial number: P1215282, and one Jimenez, model JALC380, .380 caliber pistol, serial number 126039, on the basis that these firearms were involved in or used in the knowing commission of the crime charged. Having examined the record, the Court finds that the defendant has forfeited his interest in the property, and that the plaintiff is entitled to possession of the property pursuant to 18 U.S.C. § 924(d). Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 43) is granted.

　　　　2.　　The plaintiff is authorized to seize the following properties:

　　　　　　　a.　　one Hi Point, model C9, 9mm pistol, serial number: P1215282; and

　　　　　　　b.　　one Jimenez, model JALC380, .380 caliber pistol, serial number 126039.

　　　　3.　　The defendant's interests in the properties described above are forfeited to the plaintiff for disposition in accordance with law, subject to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

4. The property is to be held by the plaintiff in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the plaintiff shall publish for at least 30 consecutive days on an official Internet government forfeiture site (www.forfeiture.gov) notice of this order, notice of publication evidencing the plaintiff's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. Such published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and relief sought.

7. The plaintiff may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 13th day of March, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge