IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JERRID MORRIS,<br><br>                Defendant. | 8:13-CR-102<br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 56. On March 13, 2014, the Court entered a Preliminary Order of Forfeiture (filing 44) pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, based upon the defendant's plea of guilty to violating 18 U.S.C. § 922(g)(1), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in one Hi Point, model C9, 9mm pistol, serial number: P1215282; and one Jimenez, model JALC380, .380 caliber pistol, serial number 126039.

    As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 14, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 55) was filed on July 16, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

    IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (Filing 56) is granted.

2. All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    a. one Hi Point, model C9, 9mm pistol, serial number: P1215282; and

- 2 -

      b.    one Jimenez, model JALC380, .380 caliber pistol, serial number 126039.

3.    The above properties are forfeited to the plaintiff.

4.    The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 10th day of November, 2014.

                        BY THE COURT:

                        John M. Gerrard
                        United States District Judge